**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VINH NGUYEN, | ) | NO. CV 09-4128-VAP (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  June 19, 2010  .

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE